*George D. Constantikes,* in support of the petition.

*J. Peter LaChance,* in opposition.

Submitted January 30—decided March 7, 1967

STATE OF CONNECTICUT *v.* GLADYS HERNANDEZ

STATE OF CONNECTICUT *v.* EVA M. BLANDING

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Robert N. Grosby,* public defender, for the appellants (defendants).

*Robert J. Callahan,* assistant prosecuting attorney, for the appellee (state).

Argued March 8—decided March 8, 1967

ROBERT S. MACARTHUR *v.* JAMES E. CANNON

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*L. Paul Sullivan,* in support of the petition.

*Michael Schless* and *Elliott B. Pollack,* in opposition.

Submitted February 20—decided March 23, 1967